■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVEY PICKERING, Appellant. — Judgment, Supreme Court, Bronx County (William Holland, J.), rendered on April 6, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Asch, Milonas and Kassal, JJ.